**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

D.H.G. PROPERTIES, LLC,

    Plaintiff,

-vs-                                                    Case No. 3:09-cv-735-J-34JRK

THE GINN COMPANIES, LLC, et. al,

    Defendants.

_____/

## O R D E R

**THIS MATTER** comes before the Court sua sponte. On November 17, 2010, the undersigned's chambers was advised via telephone by counsel for Defendants that the parties have settled this matter. Accordingly, it is hereby

**ORDERED:**

1.    The parties shall have until **January 18, 2011**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for additional time by the **January 18, 2011**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.    The final pretrial conference scheduled for August 22, 2011, is cancelled, and this case is removed from the September 2011, trial term.

4.   The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of November, 2010.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record